# IN THE UNITED STATE DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION
### AT JACKSON

THIDA WHIRLEY and JOE WHIRLEY )
as Parents and Next of Kin of WILLIAM )
MORTON WHIRLEY and Thida Whirley )
as Administratrix of the Estate of William )
Morton Whirley, )
)                              No.: 04-1145-T/AN
    Plaintiffs, )
)
v. )
)
KAWASAKI MOTORS CORPORATION, )
USA, and JIM BENNETT KAWASAKI, )
)
    Defendants. )

## ORDER PARTIALLY AMENDING SCHEDULING ORDER

The parties having moved the court for an Order Partially Amending the Scheduling Order, and the court finding said Motion to be well taken, it is

ORDERED and ADJUDGED that the Scheduling Order be amended to read as follows, to wit:

**COMPLETING ALL DISCOVERY:**

    **(b) EXPERT DISCLOSURE (Rule 26(a)(2)):**
        (i) Plaintiff's Experts:    July 20, 2005
        (ii) Defendant's Experts:    August 18, 2005

    **(c)    DEPOSITIONS:**    November 21, 2005

**FILING DISPOSITIVE MOTIONS:**    December 21, 2005

                            _S. Thomas Anderson_ 05-24-05
                            S. Thomas Anderson
                            U.S. Magistrate Judge

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 5/31/2005

APPROVED FOR ENTRY:

_____
Van D. McMahan
Attorney for Plaintiffs

118 West Houston Avenue
Selmer, TN 38375
(731) 645-7222

_____
Charles B. Lewis, BPR #000889
Attorney for Defendants

LEWIS, KING, KRIEG & WALDROP, P.C.
One Centre Square
620 Market Street, Fifth Floor
P. O. Box 2425
Knoxville, Tennessee 37901
(865) 546-4646

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 1:04-CV-01145 was distributed by fax, mail, or direct printing on May 31, 2005 to the parties listed.

---

Robert K. Miller
BOWMAN & BROOKE, LLP
879 W. 190th St.
Ste. 700
Gardena, CA 90247

Charles B. Lewis
LEWIS KING KRIEG & WALDROP, P.C.
620 Market Street
5th Fl., One Center Square
Knoxville, TN 37901

Ronnie Brooks
McNairy Cty Criminal Justice Ctr.
300 Industrial Park Dr.
Selmer, TN 38375

Van D. McMahan
LAW OFFICE OF VAN D. MCMAHAN
188 W. Houston Ave.
Selmer, TN 38375

Honorable James Todd
US DISTRICT COURT