IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

THIDA WHIRLEY and JOE WHIRLEY, et al.,

Plaintiffs,

VS.                                                  No. 04-1145-T

KAWASAKI MOTORS CORPORATION,
et al.,

Defendants.

## ORDER ON MOTION FOR ADMISSION PRO HAC VICE

Plaintiffs have moved the court for permission for Murray H. Gibson, Jr. to participate pro hac vice this action. Mr. Gibson is a member in good standing for the U. S. District Court for the Northern, Middle, and Southern Districts of Alabama and the U.S. Eleventh Circuit Court of Appeals.

For good cause shown, that motion is granted. It is hereby ordered that Mr. Gibson be admitted pro hac vice and may actively participate in this action.

IT IS SO ORDERED.

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

_13 October 2005_
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on __10-14-05__

22

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 1:04-CV-01145 was distributed by fax, mail, or direct printing on October 14, 2005 to the parties listed.

---

Steven W. Money
GIBSON RODGERS & MONEY, LLC
2315 9th St.
Ste. 3-B
Tuscaloosa, AL 35401

Robert K. Miller
BOWMAN & BROOKE, LLP
879 W. 190th St.
Ste. 700
Gardena, CA 90247

Van D. McMahan
LAW OFFICE OF VAN D. MCMAHAN
188 W. Houston Ave.
Selmer, TN 38375

Murray H. Gibson
GIBSON RODGERS & MONEY, LLC
2315 9th St.
Ste. 3-B
Tuscaloosa, AL 35401

Ronnie Brooks
McNairy Cty Criminal Justice Ctr.
300 Industrial Park Dr.
Selmer, TN 38375

Charles B. Lewis
LEWIS KING KRIEG & WALDROP, P.C.
620 Market Street
5th Fl., One Center Square
Knoxville, TN 37901

Honorable James Todd
US DISTRICT COURT