IN THE UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION
AT JACKSON

THIDA WHIRLEY and JOE WHIRLEY as
Parents and Next of Kin of WILLIAM
MORTON WHIRLEY and Thida Whirley as
Administratrix of the Estate of
William Morton Whirley,

    Plaintiffs,

v.

No.: 04-1145-T/AN

KAWASAKI MOTORS CORPORATION, USA,
and JIM BENNETT KAWASAKI,

    Defendants.

## ORDER SUBSTITUTING COUNSEL FOR JIM BENNETT CORINTH, INC.

Come the defendants, Kawasaki Motors Corp., U.S.A., and Jim Bennett Corinth, Inc., and announce to the Court that because of certain issues which have arisen since the acceptance of the defense of Jim Bennett Corinth, Inc. by Kawasaki Motors Corp., U.S.A, it is in the best interest of both defendants that Robert K. Miller and the firm of Bowman and Brooke, LLP, and Charles B. Lewis and the firm of Lewis, King, Krieg & Waldrop, P.C., be relieved of the responsibilities of defending Jim Bennett Corinth, Inc. and the fine of Farris, Mathews, Branan, Bobango, Hellen & Dunlap, PLC, and Tim Wade Hellen be substituted as counsel of record from this time forward in this case, and that present counsel identified hereinabove be allowed to withdraw as counsel for Jim Bennett Corinth, Inc.

WHEREFORE, it is hereby ORDERED AND ADJUDGED that Tim Wade Hellen, Esquire, and the firm of Farris, Mathews, Branan, Bobango, Hellen & Dunlap, PLC be and they hereby are substituted as counsel for Jim Bennett Corinth, Inc. and Robert K. Miller and the firm

of Bowman & Brooke, LLP, and Charles B. Lewis and the firm of Lewis, King, Krieg & Waldrop, P.C., are hereby relieved of representation in the above-matter of Jim Bennett Corinth, Inc.

ENTER this __18th__ day of November, 2005.

_S. Thomas Anderson_
UNITED STATES MAGISTRATE JUDGE

APPROVED FOR ENTRY:

_____
Van D. McMahan, Esquire
118 West Houston Avenue
Selmer, TN 38375
(731) 645-7222
Attorney for Plaintiff

_Charles B. Lewis by TWH_
Charles B. Lewis, Esq. (BPR #000889)
LEWIS, KING, KRIEG & WALDROP, P.C.
One Centre Square
620 Market Street, Fifth Floor P.
O. Box 2425
Knoxville, Tennessee 37901
(865) 546-4646
and
Robert K. Miller, Esq.
BOWMAN & BROOKE, LLP
879 W. 190th Street, Suite 700
Gardena, CA 90248
Attorneys for Defendant Kawasaki Motors Corp., U.S.A.

_Tim W. Hellen_
Tim Wade Hellen, Esq. (BPR #8389)
FARRIS MATHEWS BRANAN
 BOBANGO HELLEN & DUNLAP PLC
One Commerce Square, Suite 2000
Memphis, TN 38103
(901) 259-7100

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 39 in case 1:04-CV-01145 was distributed by fax, mail, or direct printing on November 21, 2005 to the parties listed.

---

Ronnie Brooks
McNairy Cty Criminal Justice Ctr.
300 Industrial Park Dr.
Selmer, TN 38375

Murray H. Gibson
GIBSON RODGERS & MONEY, LLC
2315 9th St.
Ste. 3-B
Tuscaloosa, AL 35401

Robert K. Miller
BOWMAN & BROOKE, LLP
879 W. 190th St.
Ste. 700
Gardena, CA 90247

Van D. McMahan
LAW OFFICE OF VAN D. MCMAHAN
188 W. Houston Ave.
Selmer, TN 38375

Tim Wade Hellen
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Charles B. Lewis
LEWIS KING KRIEG & WALDROP, P.C.
620 Market Street
5th Fl., One Center Square
Knoxville, TN 37901

Steven W. Money
GIBSON RODGERS & MONEY, LLC
2315 9th St.
Ste. 3-B
Tuscaloosa, AL 35401

Honorable James Todd
US DISTRICT COURT