IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

THIDA WHIRLEY and JOE WHIRLEY,
et al.,

    Plaintiffs,

VS.                               No. 04-1145-T

KAWASAKI MOTORS CORPORATION,
et al.,

    Defendants.

## ORDER OF REFERENCE

Defendant Kawasaki Motors Corp., U.S.A.'s Motion for a Protective Order Regarding the Depositions of Kawasaki Motors Corp., U.S.A.'s Federal Rule of Civil Procedure 30(b)(6) Representative and Roger Hagie; Memorandum of Points and Authorities are hereby referred to United States Magistrate Judge Thomas Anderson for disposition.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

29 November 2005
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on  12-02-05

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 41 in case 1:04-CV-01145 was distributed by fax, mail, or direct printing on December 2, 2005 to the parties listed.

---

Steven W. Money
GIBSON RODGERS & MONEY, LLC
2315 9th St.
Ste. 3-B
Tuscaloosa, AL 35401

Robert K. Miller
BOWMAN & BROOKE, LLP
879 W. 190th St.
Ste. 700
Gardena, CA 90247

Murray H. Gibson
GIBSON RODGERS & MONEY, LLC
2315 9th St.
Ste. 3-B
Tuscaloosa, AL 35401

Tim Wade Hellen
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Van D. McMahan
LAW OFFICE OF VAN D. MCMAHAN
188 W. Houston Ave.
Selmer, TN 38375

Charles B. Lewis
LEWIS KING KRIEG & WALDROP, P.C.
620 Market Street
5th Fl., One Center Square
Knoxville, TN 37901

Ronnie Brooks
McNairy Cty Criminal Justice Ctr.
300 Industrial Park Dr.
Selmer, TN 38375

Honorable James Todd
US DISTRICT COURT