IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| THIDA WHIRLEY and JOE WHIRLEY, ) as Parents and Next of kin of WILLIAM ) MORTON WHIRLEY, and THIDA ) WHIRLEY as Adminstratrix of the ) Estate of William Morton Whirley, ) ) Plaintiffs, ) ) v. ) ) KAWASAKI MOTORS ) CORPORATION, USA, and JIM ) BENNET KAWASAKI, ) ) Defendants. ) | NO.   04-1145 T/An |

## ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY

Before the Court is Plaintiffs' Motion for Leave to File Reply in Support of its Motion to Amend Complaint and to Compel Responses and for Additional Time filed on November 14, 2005. For good cause shown, the motion is **GRANTED**. Plaintiffs shall file their Reply with the Court within ten (10) days of entry of this Order.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: December 01, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 12-05-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 42 in case 1:04-CV-01145 was distributed by fax, mail, or direct printing on December 5, 2005 to the parties listed.

---

Ronnie Brooks
McNairy Cty Criminal Justice Ctr.
300 Industrial Park Dr.
Selmer, TN 38375

Van D. McMahan
LAW OFFICE OF VAN D. MCMAHAN
188 W. Houston Ave.
Selmer, TN 38375

Charles B. Lewis
LEWIS KING KRIEG & WALDROP, P.C.
620 Market Street
5th Fl., One Center Square
Knoxville, TN 37901

Robert K. Miller
BOWMAN & BROOKE, LLP
879 W. 190th St.
Ste. 700
Gardena, CA 90247

Tim Wade Hellen
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Steven W. Money
GIBSON RODGERS & MONEY, LLC
2315 9th St.
Ste. 3-B
Tuscaloosa, AL 35401

Murray H. Gibson
GIBSON RODGERS & MONEY, LLC
2315 9th St.
Ste. 3-B
Tuscaloosa, AL 35401

Honorable James Todd
US DISTRICT COURT