IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| THIDA WHIRLEY and JOE WHIRLEY, as Parents and Next of Kin of WILLIAM MORTON WHIRLEY; THIDA WHIRLEY, as Personal Representative and Administratrix of the ESTATE OF WILLIAM MORTON WHIRLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> KAWASAKI MOTORS CORPORATION, U.S.A. d/b/a Kawasaki and JIM BENNETT CORINTH, INC. d/b/a Jim Bennett Kawasaki and/or Jim Bennett Corinth Kawasaki, <br><br> Defendants. | No. 1:04-1145-T-An |

## ORDER DENYING PLAINTIFFS' MOTION TO STRIKE RECENT PLEADINGS OF JIM BENNETT CORINTH, INC.

Plaintiffs move to strike certain pleadings filed on behalf of Defendant Jim Bennett Corinth, Inc. ("Jim Bennett") between October 18 and October 31, 2005. *See* dkt. ## 23, 24, 27, 28, 31, 32. As the sole basis for the motion, Plaintiffs point out that, at the time those pleadings were filed, the attorney who filed them was not "counsel of record" for Jim Bennett.

Soon after Plaintiffs filed the instant motion to strike, the court entered an order

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on ___12-27-05___

formally substituting the different attorney, Tim Wade Hellen, as Jim Bennett's new counsel of record. Dkt. # 39. That order renders Plaintiffs' objections to the previous pleadings moot.

Accordingly, Plaintiffs' Motion to Strike Recent Pleadings of Jim Bennett Corinth, Inc. is DENIED.

IT IS SO ORDERED.

*James D. Todd*
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

19 December 2005
DATE

2

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 50 in case 1:04-CV-01145 was distributed by fax, mail, or direct printing on December 27, 2005 to the parties listed.

---

Murray H. Gibson
GIBSON RODGERS & MONEY, LLC
2315 9th St.
Ste. 3-B
Tuscaloosa, AL 35401

Steven W. Money
GIBSON RODGERS & MONEY, LLC
2315 9th St.
Ste. 3-B
Tuscaloosa, AL 35401

Ronnie Brooks
McNairy Cty Criminal Justice Ctr.
300 Industrial Park Dr.
Selmer, TN 38375

Robert K. Miller
BOWMAN & BROOKE, LLP
879 W. 190th St.
Ste. 700
Gardena, CA 90247

Tim Wade Hellen
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Van D. McMahan
LAW OFFICE OF VAN D. MCMAHAN
188 W. Houston Ave.
Selmer, TN 38375

Charles B. Lewis
LEWIS KING KRIEG & WALDROP, P.C.
620 Market Street
5th Fl., One Center Square
Knoxville, TN 37901

Honorable James Todd
US DISTRICT COURT