IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION
AT JACKSON

THIDA WHIRLEY and JOE WHIRLEY )
as Parents and Next of Kin of WILLIAM )
MORTON WHIRLEY and Thida Whirley )
as Administratrix of the Estate of William )
Morton Whirley, )
 )
    Plaintiffs, )
 )
v. ) No. 04-1145-T/AN
 )
KAWASAKI MOTORS CORPORATION, )
USA, and JIM BENNETT KAWASAKI, )
 )
    Defendants. )

## ORDER GRANTING MOTION OF JIM BENNETT CORINTH, INC.
## FOR PERMISSION TO FILE MEMORANDUM
## IN EXCESS OF TWENTY PAGES AS PRESCRIBED BY LOCAL RULE 7.2(e)

This matter came on to be heard upon the Motion of Jim Bennett Corinth, Inc. for Permission to File Memorandum in Support of Motion for Summary Judgment in Excess of Twenty Pages as Prescribed by Local Rule 7.2(e) together with its Certificate of Consultation.

From all of which the Court finds that the Motion should be granted.

It is, therefore, ORDERED that the Defendant Jim Bennett Corinth, Inc. is hereby granted permission to file its Memorandum of thirty-two pages in support of its Motion for Summary Judgment.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on ___12-29-05___

_____
UNITED STATES DISTRICT JUDGE

Date: 22 December 2005

G:\DATA\TWH\K&K\KAWASAKI\page limit.order.wpd

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 56 in case 1:04-CV-01145 was distributed by fax, mail, or direct printing on December 29, 2005 to the parties listed.

---

Robert K. Miller
BOWMAN & BROOKE, LLP
879 W. 190th St.
Ste. 700
Gardena, CA 90247

Murray H. Gibson
GIBSON RODGERS & MONEY, LLC
2315 9th St.
Ste. 3-B
Tuscaloosa, AL 35401

Van D. McMahan
LAW OFFICE OF VAN D. MCMAHAN
188 W. Houston Ave.
Selmer, TN 38375

Charles B. Lewis
LEWIS KING KRIEG & WALDROP, P.C.
620 Market Street
5th Fl., One Center Square
Knoxville, TN 37901

Tim Wade Hellen
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Steven W. Money
GIBSON RODGERS & MONEY, LLC
2315 9th St.
Ste. 3-B
Tuscaloosa, AL 35401

Ronnie Brooks
McNairy Cty Criminal Justice Ctr.
300 Industrial Park Dr.
Selmer, TN 38375

Honorable James Todd
US DISTRICT COURT