PLAINTIFF'S EXHIBIT # 19

Whirley 0793

# INVOICE

**BILL TO:**
KAWASAKI MOTORS FINANCE CORP.
CREDIT ADMINISTRATION DEPT.
P.O. BOX 25301
SANTA ANA, CA 92799

**SOLD TO:**
JIM BENNETT CORINTH, INC.
JIM BENNETT KAWASAKI-CORINTH
1205 HIGHWAY 72 E
CORINTH MS 38834

**REMIT TO:**
KAWASAKI MOTORS CORP., U.S.A.
P.O. BOX 25252
SANTA ANA, CA 92799-5252

| DATE SHIPPED | PAGE | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|
| 06/28/01 | 1 | 06/28/01 | 69661 |

| DEALER NBR | MIC REG DATE | TERM | ORIGINATION CODE | WAREHOUSE NBR | TERMS | BILL DUE DATE | UPS | SHIPPED TO | BACK ORDER | MAIL NEED | PAC CODE | TAX | ORDER NUMBER | BL NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1436 | 11 17 50 28 | | | 5 | S/S KMFC BILL BANK | | | RED MC EXPRESS | | | | | SAE201 | 5628101143G |

| MODEL | YEAR | PART/MODEL NUMBER | DESCRIPTION | COLOR | PART NUMBER | QUANTITY ORDERED | QUANTITY SHIPPED | BACK ORDER AMOUNT | OTHER | PRICE | NET UNIT PRICE | AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FLOORING PROGRAM NO: 2A8 | | | FLOORING PROGRAM NAME: '02 KVF650-A1 INTRO FLRG 3/01 | | | | | | | | | | |
| KVF650-A1 | 02 | VIN: JKAVFEA13251010305<br>ENGINE: YF650AE504712<br>| | RED | J43831 | | 37.00- | | 150.00 | 5846.00 | 5,959.00 | 11,692.00 | 11,918.00 |
| | | TRACKING NBR: KA190045 | TRANSPORTATION | | | | | | | | | | |
| KVF650-A1 | 02 | VIN: JKAVFEA15251010306<br>ENGINE: YF650AE504711 | | RED | J43832 | | 37.00- | | 150.00 | 5846.00 | 5,959.00 | | |
| | | TRACKING NBR: KA190046 | TRANSPORTATION | | | | | | | | | | |
| TOTAL | | | UNITS = 2 | | | | 74.00- | | 300.00 | | | 11,918.00 | |

** ASSEMBLY AND PREPARATION ALLOWANCE

**INVOICE TOTAL**

PLEASE PAY THIS AMOUNT: 11,918.00

| DEALER NBR | | |
|---|---|---|
| 1437 | FLOOR | ZX60 ZX60 |